UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  Traci Lynne Rusaw,         Case No. 20-10796-BAH
                    Debtor.        Chapter 13 Bankruptcy

## <u>Order</u>

After notice of and opportunity for hearing, and due
consideration of the Motion to Dismiss and/or to Sanction
the debtors, and in furtherance of a stipulation reached
between the parties, the Court hereby Orders:

1. The Motion to Dismiss is denied, subject to the
terms of this Order.

2. The debtor is sanctioned in the amount of $250.00,
and said sanction shall be paid by April 4, 2024, with time
being of the essence.

3. As of the date of this Order, the
debtor is due for Plan payments totaling          36,260.56
she has made payments totaling                    28,394.84
leaving a Plan payment arrearage of                7,865.72

4. The debtor's regular monthly Plan
payments are                                       1,275.66
and are due on the 4th of each month.

5. The debtor shall make a payment in the amount of
$5,000.00 by February 4, 2024, with time being of the
essence.

6. The debtor shall make his
regular Plan payments in the amount of             1,275.66
per month, plus an additional amount of              500.00
for total payments of                              1,775.66
per month, beginning March 4, 2024,
until current.

7. Each payment shall be afforded a 14 day grace
period, but otherwise time shall be of the essence.

8. Should the debtor not comply as described above,
and should the Chapter 13 Trustee file an affidavit so
asserting, the case may be dismissed without further
hearing; the debtor shall have a period of 7 days following
the filing of such an affidavit to respond before such an
affidavit would be granted.

So Ordered.

Date: __January 19, 2024_____      /s/ Bruce A. Harwood_____
                                        Bruce A. Harwood
                                        Chief Bankruptcy Judge